UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IBRAHIM URUR, | ) | CIVIL ACTION NO. 4:23-CV-670 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| ZEBRA TRUCKING CORP. AND | ) | |
| METIN TUNCA, | ) | |
| Defendants | ) | |

## **ORDER**

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

1. Defendants' Motion to Dismiss (Doc. 6) is DENIED in its entirety.

2. Defendants will file an answer to Plaintiff's complaint (Doc. 1) on or before **March 8, 2024.**

Date: February 23, 2024

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge